# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00472-ZLW

OLOYEA D. WALLIN,

    Plaintiff,

v.

DIRECTOR OF DENVER DEPARTMENT OF HUMANE SERVICES,
DIRECTOR OF COLORADO DIVISION OF CHILD SUPPORT ENFORCEMENT,
RHONDA M. MAYS, and
DANA U. WAKEFIELD,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On June 16, 2006, Plaintiff submitted a "Motion for Clarification on Filing of Complaint." The Court dismissed the instant action on May 2, 2006. If Plaintiff desires to pursue the claims he raised in this action he is directed to file a **new** action. The Motion for Clarification is denied as unnecessary.

Dated: June 19, 2006

Copy of this Minute Order mailed on June 19, 2006, to the following:

Oloyea D. Wallin
Prisoner No. 111389
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

_____
Secretary/Deputy Clerk